UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRAD LISTON,<br><br>            Plaintiff(s),<br><br>v.<br><br>JULIEN'S PEST CONTROL dba EVOLVE PEST CONTROL, et al.,<br><br>            Defendant(s). | 2:21-cv-02229-JCM-VCF<br><br>**ORDER** |

Before the Court is the motion for entry of default judgment. ECF No. 20.

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion for entry of clerk's default (ECF NO. 20), is scheduled for 11:00 AM, January 9, 2023, in Courtroom 3D.

DATED this 21st day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE